# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| READY TRANSPORTATION, INC., | Case No. EDCV 07-0905-JTL |
| Plaintiff, | **J U D G M E N T** |
| v. | |
| CRST MALONE, INC., ET AL., | |
| Defendants. | |

On January 13, 2009, the Court issued its Final Ruling Re Plaintiff's August 18, 2008 Motion for Summary Adjudication, holding: (1) that Plaintiff is entitled to Summary Adjudication on Count 4 of Plaintiff's Complaint for declaratory relief under the Carmack Amendment, 49 U.S.C. 14706(a); and (2) that Plaintiff is entitled to damages against Defendants on said Count 4 in the amount of $128,175.00 plus prejudgment interest at the rate of 4.96% compounded annually on the amount of $78,175.00 from March 7, 2007 through January 13, 2009. The Court's January 13, 2009 Final Ruling Re Plaintiff's Motion for Summary Adjudication is hereby incorporated in full into this Judgment.

On February 9, 2009, Plaintiff submitted its Revised Calculation of Interest due from March 7, 2007 through January 13, 2009, said amount being $7,356.33. The Court hereby adopts said amount and ORDERS and ADJUDGES that Plaintiff is entitled to judgment against Defendants in the amount of $128,175.00 plus interest in the amount of $7,356.33 on Count

Case 5:07-cv-00905-JTL   Document 103   Filed 02/11/09   Page 2 of 2   Page ID #:1269

4 of Plaintiff's Complaint for declaratory relief under the Carmack Amendment, 49 U.S.C. 14706(a).

DATED: February 11, 2009

/s/Jennifer T. Lum

JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE

2